08 CIV 6255

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

David Brockie, Michael Derks,  Plaintiff,
et.al. individually and collectively
d/b/a Slave Pit Music and Slave Pit,
Inc.
              -v-
DRT Entertainment, Inc. and
Derek Schulman

                              Defendant.



Case No. _____

Rule 7.1 Statement

---

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Plaintiffs__ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: July 10, 2008

Signature of Attorney

Attorney Bar Code: SA-1711