Form 07 - CORPORATION
**FURGANG & ADWAR, L.L.P.**
**ATTN:**
U.S. DIST. COURT         SOUTHERN/NY   COUNTY
-------------------------------------------------

| | |
|---|---|
| DAVID BROCKIE, ETAL              plaintiff | Index No. **08 CIV 6255** |
| - against - | Date Filed  ............ |
| DRT ENTERTAINMENT, INC., ETANO     defendant | Office No. **10058** |
| | Court Date:   /  / |

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**HARRY TORRES**      being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd** day of **July, 2008** at **04:50 PM.**,      at
   **511 W.33RD ST, 4TH FL.**
   **NEW YORK, NY 10001**

I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **DRT ENTERTAINMENT, INC.**
**a domestic corporation, the  DEFENDANT**  therein named by delivering to, and leaving personally with
      **DENISE RAMOS---MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
      SEX: **FEMALE**        COLOR: **TAN**        HAIR: **BLACK**
      APP. AGE: **25**       APP. HT: **5:3**      APP. WT: **120**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
28th   day of   July,          2008i
BRETT GOLUB
Notary Public, State of New York
   No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

.................................
HARRY TORRES / 0915257
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7FA1139937

Form 07 - CORPORATION

FURGANG & ADWAR, L.L.P.
ATTN:
U.S. DIST. COURT      SOUTHERN/NY   COUNTY
------------------------------------------------

DAVID BROCKIE, ETAL                    plaintiff

        - against -

DRT ENTERTAINMENT, INC., ETANO         defendant

Index No. 08 CIV 6255

Date Filed ............

Office No. 10058

Court Date:   /   /

------------------------------------------------
STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**HARRY TORRES**      being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd** day of **July, 2008**   at **04:50 PM.**,     at
   **511 W.33RD ST, 4TH FL.**
   **NEW YORK, NY 10001**

I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **DRT ENTERTAINMENT, INC.**
**a domestic corporation, the   DEFENDANT**   therein named by delivering to, and leaving personally with
   **DENISE RAMOS---MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
   SEX: **FEMALE**      COLOR: **TAN**      HAIR: **BLACK**
   APP. AGE: **25**      APP. HT: **5:3**      APP. WT: **120**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
28th  day of  July,         2008i
BRETT GOLUB
Notary Public, State of New York
   No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

HARRY TORRES  0915257
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7FA1139937