```
Form 02 - SUITABLE AGE           AETNA CENTRAL JUDICIAL SERVICES
            FURGANG & ADWAR, L.L.P.
            ATTN:
U.S.DIST. COURT        SOUTHERN/NY COUNTY
-----------------------------------------------------
                                              Index No. 08 CIV 6255
DAVID BROCKIE, ETAL                plaintiff
                                              Date Filed  ............
                  - against -
                                              Office No. 10058
DRT ENTERTAINMENT, INC., ETANO     defendant
                                              Court Date:   /  /
-----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
HARRY TORRES     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
23rd day of July, 2008   04:50 PM              at
     %DRT ENTERTAINMENT,INC.511 W.33RD ST
     4TH FL. NEW YORK, NY 10001
I served the   SUMMONS AND COMPLAINT
upon DEREK SCHULMAN
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     DENISE RAMOS---CO-WORKER
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: TAN    HAIR: BLACK    AGE: 25  HEIGHT: 5:3   WEIGHT: 120
OTHER IDENTIFYING FEATURES:
On 07/28/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
28th  day of  July,        2008i
                                                 ...........................
BRETT GOLUB                                      HARRY TORRES  0915257
Notary Public, State of New York                 AETNA  CENTRAL  JUDICIAL  SERVICES
    No.01G06129491                               225 BROADWAY, SUITE 1802
Qualified in NASSAU                              NEW YORK, NY, 10007
Commission Expires 06/27/2009                    Reference No: 7FA1139938
```

```
Form 02 - SUITABLE AGE          AETNA CENTRAL JUDICIAL SERVICES
          FURGANG & ADWAR,L.L.P.
          ATTN:
U.S.DIST. COURT        SOUTHERN/NY COUNTY
-----------------------------------------------
                                                 Index No. 08 CIV 6255
DAVID BROCKIE, ETAL                  plaintiff
                                                 Date Filed  ............
             - against -
                                                 Office No. 10058
DRT ENTERTAINMENT, INC., ETANO       defendant
                                                 Court Date:   /  /
-----------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
HARRY TORRES      being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
23rd day of July, 2008   04:50 PM           at
      %DRT ENTERTAINMENT,INC.511 W.33RD ST
      4TH FL. NEW YORK, NY 10001
I served the   SUMMONS AND COMPLAINT
upon DEREK SCHULMAN
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
      DENISE RAMOS---CO-WORKER
 a person of suitable age and discretion.
      Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: TAN      HAIR: BLACK      AGE: 25  HEIGHT: 5:3   WEIGHT: 120
OTHER IDENTIFYING FEATURES:
On 07/28/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
28th  day of  July,         2008i
                                          ....................................
BRETT GOLUB
Notary Public, State of New York          HARRY TORRES  0915257
    No.01G06129491                        AETNA  CENTRAL  JUDICIAL  SERVICES
Qualified in NASSAU                       225 BROADWAY, SUITE 1802
Commission Expires 06/27/2009             NEW YORK, NY, 10007
                                          Reference No: 7FA1139938
```