UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DAVID BROCKIE, MICHAEL DERKS, ) Civil Action No. 08 CIV 6255 (RMB)
CORY SMOOT, BRAD ROBERTS and )
TODD EVANS, individually and collectively )
d/b/a SLAVE PIT MUSIC, and SLAVE PIT, )
Inc., a Virginia corporation, ) **ORDER**
)
    Plaintiffs, )
vs. )
)
DRT ENTERTAINMENT, INC., and DEREK )
SCHULMAN )
    Defendants. )



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/09

By Order dated October 13, 2009, the Court allowed the Defendants to submit a letter by noon on October 20, 2009 setting forth the reasons, if any, why the Confession of Judgment that was signed on July 28, 2009 by the President of DRT Entertainment, Inc., Derek Shulman, should not be entered. The Defendants having chosen not to respond by October 20, 2009, it is hereby

**ORDERED** that in accordance with the Order of the Court dated October 13, 2009, the Clerk of the Court is respectfully requested to enter judgment in favor of Plaintiffs in the amount of $45,000.00; and

Any interest that DRT Entertainment, Inc. presently claims in the copyrights in the master recordings [set forth in Exhibit A of the Confession of Judgment] shall immediately revert to Plaintiffs and Plaintiffs are hereby directed to file the attached short form copyright assignment with the United States Copyright Office.

SO ORDERED.
RMB
_____
RICHARD M. BERMAN, U.S.D.J.
10/28/09

-1-